UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALYSSA BURNTHORNE-MARTINEZ,

    Plaintiff,

    v.

SEPHORA USA, INC.,

    Defendant.

Case No.  16-cv-02843-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| PLAINTIFF CLASS CERTIFICATION MOTION FILED: | February 14, 2017 |
| NON-EXPERT DISCOVERY CUTOFF: | June 23, 2017 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: July 21, 2017<br>Rebuttal: August 21, 2017 |
| EXPERT DISCOVERY CUTOFF: | September 8, 2017 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | June 27, 2017 |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, October 27, 2017 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | November 3, 2017 |
| PRETRIAL CONFERENCE: | Wednesday, November 15, 2017 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, December 11, 2017 at 8:30 a.m. for 5 days<br>(Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1  Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet
2  and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance
3  hearing on Friday, October 27, 2017 at 9:01 a.m. is intended to confirm that counsel have
4  reviewed the Court's Pretrial Setting Instructions and are in compliance therewith.  The
5  compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland,
6  California, in Courtroom 1.  Five (5) business days prior to the date of the compliance hearing, the
7  parties shall file a one-page JOINT STATEMENT confirming they have complied with this
8  requirement or explaining their failure to comply.  If compliance is complete, the parties need not
9  appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be
10 allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may
11 result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: November 22, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge