1  ANDREW R. LIVINGSTON (STATE BAR NO. 148646)
   alivingston@orrick.com
2  ALEXANDRA HEIFETZ (STATE BAR NO. 301002)
   aheifetz@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
6
7  Attorneys for Defendant

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11
   ALYSSA BURNTHORNE-MARTINEZ, an          Case No. 4:16-cv-02843-YGR
12 individual on behalf of herself, all others
   similarly situated,                      CLASS ACTION
13
              Plaintiff,                     STIPULATION AND [PROPOSED]
14                                           ORDER CONTINUING JULY 11, 2017
        v.                                   HEARING
15
   SEPHORA USA, INC., a Delaware            Date:     July 11, 2017
16 Corporation, and DOES 1 to 100, Inclusive, Time:    2:00 p.m.
                                             Ctrm:     Ronald V. Dellums Federal
17            Defendants.                              Building, Oakland in
                                                       Courtroom 1, 4th Floor
18                                           Judge:    Hon. Yvonne Gonzalez Rogers

19

20

21

22

23

24

25

26

27

28

The motion for class certification brought by Plaintiff Alyssa Burnthorne-Martinez, and the motion for summary judgment (or, in the alternative, partial summary judgment) brought by Defendant Sephora USA, Inc., are fully briefed, with a hearing on both motions currently set for July 11, 2017. *See* Dkt. Nos. 48, 49, 54, 56, 60, 61, 65. The hearing was initially scheduled for April 4, 2017, but the Court granted a continuance to afford the parties the opportunity to mediate. Dkt. No. 65; Mar. 23, 2017 Minute Entry. The parties participated in a full day of mediation with Michael Dickstein, an experienced employment law mediator, on May 18, 2017. As the parties reported to the Court during a conference on May 30, 2017, the case did not settle at the mediation.  Since then, the parties have continued to negotiate a potential settlement of the case, working through Mr. Dickstein.  The parties believe that continued settlement talks may be fruitful, and that further time is necessary so that they may attempt to reach a resolution of the case.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1    Accordingly, and to give the parties the opportunity to further pursue a negotiated

2    resolution of the case, the parties hereby stipulate that the hearings on Plaintiff's motion for class

3    certification and Defendant's motion for summary judgment (or, in the alternative, partial

4    summary judgment) be continued to August 15, 2017.  The parties respectfully request that the

5    Court enter an order to this effect.

6                                            Respectfully submitted,

7    Dated: June 19, 2017                    SETAREH LAW GROUP

8

9                                            By: _____/s/ Shaun Setareh_____
                                                          SHAUN SETAREH
10                                                       Attorneys for Plaintiff

11   Dated: June 19, 2017                    ORRICK, HERRINGTON & SUTCLIFFE LLP

12

13                                           By: _____/s/ Andrew R. Livingston_____
                                                       ANDREW R. LIVINGSTON
14                                            Attorneys for Defendant Sephora USA, Inc.

# [PROPOSED] ORDER

Pursuant to stipulation, the Court hereby orders, in order to allow the parties sufficient time to pursue mediation, that the hearings on Plaintiff's motion for class certification (Dkt. No. 48) and Sephora's motion for summary judgment (or, in the alternative, partial summary judgment) (Dkt. No. 49) are both hereby continued to August 15, 2017.   All pretrial dates, and the trial date, remain unchanged.

**IT IS SO ORDERED.**

Dated: ___June 20, 2017_____

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**