Shaun Setareh (SBN 204514)
        shaun@setarehlaw.com
Thomas Segal (SBN 222791)
        thomas@setarehlaw.com
**SETAREH LAW GROUP**
9454 Wilshire Boulevard, Ste. 907
Beverly Hills, California  90212
Tel:    (310) 888-7771
Fax:    (310) 888-0109

Attorneys for Plaintiff,
ALYSSA BURNTHORNE-MARTINEZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSSA BURNTHORNE-MARTINEZ, an individual on behalf of herself, all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>SEPHORA USA, INC., a Delaware Corporation, and DOES 1 to 100, inclusive,<br><br>          Defendants.<br>_____ | Case No. 4:16-cv-02843-YGR<br><br>**[REDACTED] SUPPLEMENTAL DECLARATION OF SHAUN SETAREH IN SUPPORT OF MOTION FOR FINAL APPROVAL; FOR AN AWARD OF ATTORNEY FEES AND EXPENSES, SETTLEMENT ADMINISTRATOR PAYMENT AND INCENTIVE AWARD** |

## **DECLARATION OF SHAUN SETAREH**

I, SHAUN SETAREH, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and an attorney of record for Plaintiff Alyssa Burnthorne-Martinez ("Plaintiff") in her action against Sephora USA, Inc. ("Sephora" or "Defendant"). Except for those matters stated on information and belief, which I am informed and believe to be true and correct, I have personal knowledge of all matters set forth herein. If called as a witness, I could and would competently testify thereto under oath.

2. A true and correct copy of the Setareh Law Group's attorney time records for this case generated as a report from the My Case case management system is attached hereto as Exhibit 1.

3. The parties have agreed to narrow the scope of the release of claims by the Settlement Class. Plaintiff is filing an Amended [Proposed] Order which reflects that narrowed scope. A redlined version of the release showing how it is revised in the Amended [Proposed] Order is attached hereto as Exhibit 2.

4. I have spoken to the Settlement Administrator Rust Consulting and am informed that all class data will be destroyed after the settlement administration is concluded.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed May 10, 2018 at Beverly Hills, California.

                                              ___*/s/ Shaun Setareh*_____
                                                SHAUN SETAREH
                                                    Declarant